THE CITY OF OCEAN CITY v. JOEL A. MOTT, JR.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MARLON M. SHARPLESS.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH COPPEDGE.

January 16, 1979. Petition for certification denied.

WILLIAM F. HYLAND, ATTORNEY GENERAL OF NEW JERSEY v. LEONARD W. SIMMONS.

January 16, 1979. Petition for certification denied. (See 163 *N. J. Super.* 137)

IN THE MATTER OF THE SUSPENSION OF BROADWAY FAMILY MEDICAL GROUP.

January 16, 1979. Petition for certification denied.

DORIS Y. EVERHAM v.
SELECTED RISKS INSURANCE COMPANY.

January 16, 1979. Petition for certification denied. (See 163 *N. J. Super.* 132)